| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Eastern District of Pennsylvania |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | Pro Guard Coatings, Inc. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 3 – 1 9 3 9 1 1 4 | |
| **4. Debtor's address** | **Principal place of business** One Industrial Way Number    Street  Denver, PA 17517 City    State    ZIP Code  Lancaster County | **Mailing address, if different from principal place of business** Number    Street  P.O. Box  City    State    ZIP Code  **Location of principal assets, if different from principal place of business** Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor   Pro Guard Coatings, Inc. _____   Case number *(if known)* _____
         Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___ ___ ___ ___ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing?  A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:* |
|---|---|
| | ☑ Chapter 7 |
| | ❏ Chapter 9 |
| | ❏ Chapter 11. *Check **all** that apply:* |
| |    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ❏ A plan is being filed with this petition. |
| |    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?  If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. District _____ When _____ Case number _____ |
| |                                 MM / DD / YYYY |
| |          District _____ When _____ Case number _____ |
| |                                 MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?  List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. Debtor _____ Relationship _____ |
| |      District _____ When _____ |
| |                                  MM / DD / YYYY |
| |      Case number, if known _____ |

Debtor __Pro Guard Coatings, Inc._____  Case number *(if known)*_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____  _____  _____
City                                                             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
      Contact name    _____
      Phone                  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49 ☑ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000
☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion
☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

Debtor  __Pro Guard Coatings, Inc.__                                        Case number *(if known)* _____
      Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __03/22/2023__
              MM/ DD/ YYYY

**X** __/s/ Helmar Gueldner__                                     __Helmar Gueldner__
Signature of authorized representative of debtor                    Printed name

Title                  __President__

**18. Signature of attorney**

**X** __/s/ Barry Solodky__                         Date  __03/22/2023__
Signature of attorney for debtor                                   MM/ DD/ YYYY

__Barry Solodky__
Printed name

__Saxton & Stump Law Firm__
Firm name

__280 Granite Run Drive, Suite 300__
Number       Street

__Lancaster__                                  __PA__         __17601__
City                                            State          ZIP Code

__(717) 556-1000__                              __BSO@saxtonstump.com__
Contact phone                                   Email address

__19259__                                       __PA__
Bar number                                      State

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE: **Pro Guard Coatings, Inc.**                             CASE NO

                                                                CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    03/22/2023        Signature _____/s/ Helmar Gueldner_____
                                                Helmar Gueldner, President

Aal Chem
P.O. Box 674929
Detroit, MI 48267


Ben's Truck Repair
560 N. 5th Street
P.O. Box 81
Denver, PA 17517


Blue Ridge Cable
P.O. Box 316
Palmerton, PA 18071


Brenntag
P.O. Box 62111
Baltimore, MD 21264


Brian Gueldner
9925 Killarny Lane Apt. 103
Gaithersburg, MD 20877


Brown & Brown
P.O. Box 746565
Atlanta, GA 30374


Callahan Chemical Broad & Filmor
P.O. Box 65
Palmyra, NJ 08065


Can Capital
2015 Vaughn Road NW, Bldg. 500
Kennesaw, GA 30144

Capital One
P.O. Box 71087
Charlotte, NC 28272

Chempoint
USPS - 13727 Collection
Chicago, IL 60693

Cintas Fire
P.O. Box 636525
Cincinnati, OH 45263

Citi Advantage Gold Card
P.O. Box 9001037
Louisville, KY 40290

Coatings for Industry
319 Township Line R
Souderton, PA 18964

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

CT Corporation System
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

CT Corporation System, as Representative
Attn: SPRS
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

Case 23-10813-pmm    Doc 1    Filed 03/22/23    Entered 03/22/23 09:43:54    Desc Main
Document    Page 7 of 13

De Lage Laden
P.O. Box 41602
Philadelphia, PA 19101

De Lage Landen Financial
Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

East Cocalico Township
Authority
102 Hill Road
Denver, PA 17517

Edgemont Metallics
P.O. Box 405
Bryn Mawr, PA 19010

Equitable Financial Life
P.O. Box 733463
Dallas, TX 75373

Federal PPP Loan 2
c/o M&T Bank
475 Crosspoint Pkwy
Getzville, NY 14068

FedEx
P.O. Box 371461
Pittsburgh, PA 15250

FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251

First Corporate Solutions
914 S. Street
Sacramento, CA 95811


Goods Disposal
4361 Oregon Pike
Ephrata, PA 17522


Grainger Department
Mw H11
Palatine, IL 60038


GS1 US
300 Charles Ewing Blvd.
Trenton, NJ 08628


Guernsey
P.O. Box 61770
Harrisburg, PA 17106


Hanover Insurance
P.O.. Box 580045
Charlotte, NC 28258


Highmark
P.O. Box 645261
Pittsburgh, PA 15264


Horizon Mowing
567 Greenview Drive
Denver, PA 17517

Infotrac
200 N. Palmetto Street
Leesburg, FL 34748

Intuit Quickbooks
c/o Intuit Payments, Inc.
2700 Coast Avenue
Mountain View, CA 94043

Jane Gueldner
436 Trena Avenue
Lancaster, PA 17601

Joshua Knapp, Esquire
Barley Snyder
126 E. King Street
Lancaster, PA 17602

Leaf Capital
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

M&T Bank Line of Credit
4830 Penn Avenue
16908

One Way Property Holdings, LLC
3 Creekview Lane
Strasburg, PA 17579

PA Department of Revenue
P.O. Box 280406
Harrisburg, PA 17128-0406

PA Department of Transportation
1101 S. Front Street
Harrisburg, PA 17103

PaulB
50 Wood Corner Road
Lititz, PA 17543

Penndel
1038 W Walnut Street
Coal Township, PA 17866

PP&L
2 N. 9th Street
Allentown, PA 18101

Pure Water
1200 Corporate Blvd.
Lancaster, PA 17601

Schnader Harrison
1600 Market Street Suite 3600
Philadelphia, PA 19103

Terra Firma
200 Fribery Parkway Suite 3000 B
Westborough, MA 01581

U.S. Small Business Administration
2 N. 20th Street Suite 320
Birmingham, AL 35203

UGI
P.O. Box 15503
Wilmington, DE 19886

Uline
P.O. Box 88741
Chicago, IL 60680

United Concordia
P.O. Box 827377
Philadelphia, PA 19182

Van Hor, Metz & Co.
201 E. Elm St.
Conshohocken, PA 19428

Verizon
500 Technology Drive Suite 870
Saint Charles, MO 63304

Village Haus LLC
P.O. Box 707
Adamstown, PA 19501

Vox Funding
14 E. 44th Street
New York, NY 10017

Wabash Station
783 N. Reading Road
Ephrata, PA 17522


Wells Fargo Bank, N.A.
300 Tri-State International Suite 400
Lincolnshire, IL 60069